**ReedSmith**
Driving progress through partnership

**John C. Scalzo**
Direct Phone: +1 212 549 0219
Email: jscalzo@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

> Conference adjourned from March 28, 2024 to May 17, 2024 at 10:30 a.m.  Call-In: 1-888-363-4749, Access Code: 3667981.
> SO ORDERED.
> Dated: 3/8/2024
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

March 7, 2024

**VIA ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re:   *Leidos Security Detection & Automation, Inc. v. Mercury Systems, Inc.* No. 1:24-cv-00336

Dear Judge Castel:

   Reed Smith represents Leidos Security Detection & Automation, Inc. ("Leidos") in the above-referenced action. Defendant Mercury Systems, Inc. ("Mercury") is represented by Levitt LLP. The parties jointly submit this letter requesting an adjournment of the March 18, 2024 pre-trial conference and the March 11, 2024 deadline for the parties to submit a joint letter and proposed Case Management Plan, as ordered by this Court on January 19, 2024. (*See* ECF 6.)

   By way of background, Leidos filed its Complaint in this case on January 16, 2024. Leidos did not immediately effectuate formal service of the Complaint on Mercury while the parties attempted to resolve their dispute, but have not been able to reach agreement to date. While the parties continue to discuss whether resolution at this stage is possible, Leidos served Mercury on March 5, 2024. Mercury plans to respond to the Complaint by answer and counterclaims. Leidos anticipates moving to dismiss at least some of the expected counterclaims.

   Given the anticipated motion practice and ongoing discussions noted above, the parties respectfully submit that a pre-trial conference and setting of a Case Management Plan would be premature until the pleadings are closed. The Court has broad discretion to grant adjournments of pretrial conferences, *see, e.g., Gordon v. Tese-Milner (In re Gordon)*, 577 B.R. 38, 48 (S.D.N.Y. 2017) (citing *Morris v. Slappy*, 461 U.S. 1, 11 (1983)), and initial pretrial conferences are routinely adjourned *sine die* where parties anticipate or are engaged in motion practice on the pleadings. *See, e.g.*, *Watkins v. Harlem Ctr. for Nursing & Rehab. LLC*, 2020 U.S. Dist. LEXIS 163678, *1 (S.D.N.Y. 2020) (adjourning initial pretrial conference *sine die* where based on anticipated motion practice). Accordingly, the parties jointly respectfully request that the Court adjourn the March 18, 2024 pre-trial conference *sine die*.

   This is the parties' first request for an adjournment of dates in this case, and no other deadlines will be affected by this request.

Thank you for your consideration of this request.

Respectfully submitted,

| | |
|---|---|
| REED SMITH LLP | LEVITT LLP |
| | |
| /s/ *John C. Scalzo* | /s/ *Trevor M. Gomberg* |
| John C. Scalzo | Trevor M. Gomberg |
| Reed Smith LLP | Levitt LLP |
| 599 Lexington Avenue | 129 Front Street |
| New York, NY 10022 | Mineola, NY 11501 |
| Tel: (212) 521-5400 | Tel: (516) 248-9700 |
| Email: jscalzo@reedsmith.com | Email: tgomberg@levittlawllp.com |
| | |
| *Counsel for Plaintiff Leidos Security Detection & Automation, Inc.* | *Counsel for Defendant Mercury Systems, Inc.* |

cc: All Counsel of Record via ECF