STEVEN L. LEVITT
KAREN L. WEISS

IRENE TENEDIOS*
TREVOR M. GOMBERG* †

MATTHEW I. KOOPERSMITH*
IGOR M. MURTA

\* Also Admitted in New Jersey
† Also Admitted in D.C. and Florida
‡ Also Admitted in Texas


**LEVITT**
LLP

Of Counsel
HON. EDWIN KASSOFF
Presiding Justice, Appellate Term
NYS Supreme Court, Retired
(1924-2015)

ROSE LEVITT
JAMES E. BRANDT
MICHAEL D. SCHIMEK‡

**VIA ECF**

March 18, 2024

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: ***Leidos Security Detection & Automation, Inc. v. Mercury Systems, Inc.***
**U.S. District Court, S.D.N.Y. Case No.: 1:24-cv-00336**

Your Honor:

This firm is counsel to Mercury Systems, Inc. ("Mercury") in connection with the above referenced matter.

We appreciate the Court's courtesies in approving the parties' request to adjourn the pre-trial conference (ECF 11).

However, it has come to our attention in calendaring the May 17, 2024 conference adjourn date set by the Court that Steven L. Levitt, Mercury's lead counsel, will be unavailable that day, as his daughter's wedding is the following day.

Accordingly, we write on <u>consent</u> of Plaintiff's counsel to respectfully request a further short adjournment of the pre-trial conference. Counsel can make themselves generally available the following Tuesday, May 21 or Thursday, May 23, subject of course to the Court's availability. If neither of those dates are convenient, counsel would be happy to confer and suggest alternate dates.

We thank the Court once again for its time and courtesies.

Respectfully submitted,

**LEVITT LLP**

By: */s/ Trevor M. Gomberg*
Trevor M. Gomberg (TG8859)

cc: Counsel of Record (via ECF)

*Handwritten annotation: Conference adjourned from May 17 to May 23, 2024 at 12:30 p.m. (888-363-4749; 3667981) SO ORDERED. [signature] USDJ 3-19-24*

# TRIALS 2023-2024

~~February 5, 2024- Backup to 15CR379~~
21 Civ. 2604 – Warren Diamond, et al. v. SLD 500 LLC, et al.   TO BE SCHEDULED

~~February 12, 2024 – 15 CR 379~~
~~Mauricio Hernandez Pineda and~~
~~Juan Carlos Bonilla Valladares~~
~~Juan Orlando Hernandez       - 3 weeks~~

~~March 11, 2024 – 22 CR 625 Ronnie Sullivan, Rafael Rodriguez, (Bertha Vigo - pleading on 1/23/2024 at 2pm)   – 1-week~~

June 10, 2024 – 23 CR 432 USA v. Carlos Alberto Manrique Ducuara – 1 week
BACKUP TRIAL - June 10, 2024 – 20 Civ. 8042 Fairstein v. Netflix – 2 week

July 8, 2024 – 22 CR 629 USA v. Henry Feliz Arias 1 to 2 weeks