September 3, 2024

**VIA ECF**

Hon. P. Kevin Castel
United States Courthouse
500 Peral Street
New York, New York 10007

Re:   *Leidos Security Detection & Automation, Inc. v. Mercury Systems, Inc.*
      Civil Case No. 1:24-cv-00336-PKC (the "Action")

Dear Judge Castel:

The parties submit this joint letter through their undersigned counsel requesting a thirty (30) day extension of time to file any application to reopen this Action (the "Application"), as initially ordered by this Court in its July 10, 2024 Order of Dismissal [ECF No. 25] (the "Order").

The undersigned counsel previously informed this Court in their July 10, 2024 joint letter [ECF No. 24] that the parties executed a confidential settlement agreement (the "Agreement") and anticipated filing a Stipulation of Dismissal within forty-five (45) days after the execution of the Agreement (the "Stipulation of Dismissal"). As such, and pursuant to the Order, Your Honor directed the parties to file the Application within sixty (60) days of the date of the Order, i.e., on or before September 8, 2024. However, the parties require additional time to effectuate certain conditions under the Agreement, the satisfaction of which triggers the filing of the Stipulation of Dismissal with this Court pursuant to the terms of the Agreement.

Accordingly, the parties jointly request that this Court extend the date to make the Application by thirty (30) days—from September 8, 2024 through October 9, 2024[1].

No prior application for the relief requested herein has been made.

Respectfully submitted,

**REED SMITH LLP**

*/s/ John C. Scalzo*
John C. Scalzo
599 Lexington Avenue
New York, New York 10022
jscalzo@reedsmith.com
*Counsel for Plaintiff*

**LEVITT LLP**

*/s/ Steven L. Levitt*
Steven L. Levitt
129 Front Street
Mineola, New York 11501
slevit@levittlawllp.com
*Counsel for Defendant*

---

[1] October 8, 2024 falls on a Sunday.

*Application Granted*

SO ORDERED:

_____
**HON. P. KEVIN CASTEL**
United States District Judge

9-3-24